■ The People of the State of New York, Respondent, v Anthony Beharry, Appellant. [29 NYS3d 825]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered September 21, 2012, convicting him of operating a motor vehicle while under the influence of alcohol, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that certain testimony regarding

his intoxication was improperly elicited is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Jackson*, 100 AD3d 1018 [2012]). In any event, the Supreme Court did not err in allowing a police officer to testify as to his opinion regarding whether the defendant was intoxicated (*see People v Bennett*, 238 AD2d 898, 899 [1997]; *People v Bost*, 133 AD2d 930 [1987]). The court also did not err in permitting a paramedic to offer an expert opinion with respect to the defendant's intoxication, since his testimony related to matters beyond the ken of the typical juror (*see People v Davis*, 118 AD3d 906, 907 [2014]; *People v Fernandez*, 78 AD3d 726 [2010]).

The defendant's contention with respect to the prosecutor's summation is unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, without merit. Rivera, J.P., Balkin, Barros and Connolly, JJ., concur.